PEOPLE *v* COREY THOMAS. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 January 11, 1972, at Detroit. (Docket No. 12594.) Decided February 21, 1972. Reversed and remanded to recorder's court, 387 Mich 804.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Burton L. Borden,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and LEVIN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to rob being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.